UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
10-80944-CIV-COHN-SELTZER

**MARCUS ABREGO,**

    **Plaintiff,**

v.

**BAKER LANDSCAPE CORPORATION &
MARK BAKER,**

    **Defendant.**

_____/

### REPORT AND RECOMMENDATION

THIS MATTER came on before the Court upon the Order **[DE # 29]** of reference entered by the Honorable James Cohn on December 2, 2010. In the Order, Judge Cohn referred the parties to a settlement conference with the undersigned. This matter involves claims made under the Fair Labor Standards Act ("FLSA") among other claims.

On December 15, 2010, the undersigned held a settlement conference in this case pursuant to said Order of reference. Plaintiff was present and he was represented by counsel during the settlement conference. Defendants were also present during the settlement conference and Defendants were represented by counsel as well.

The parties reached an agreement during the settlement conference. The parties signed a confidential settlement agreement (the "Settlement Agreement") at the conclusion of the conference. The parties provided the undersigned with a copy of the executed Settlement Agreement. The undersigned has reviewed the parties' Settlement Agreement and makes the following findings of fact and recommendations:

1. The Settlement Agreement reached by the parties is fair and reasonable. The Settlement Agreement represents a reasonable compromise of the issues between the parties.

2. The undersigned hereby recommends to the Court that it approve the Settlement Agreement.

Respectfully submitted this ___15___ day of December, 2010.

_____
**PETER R. PALERMO**
**SR. UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

Honorable Judge Barry Seltzer
All Counsel of Record