UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80944-CIV-COHN/SELTZER

MARCUS ABREGO,

    Plaintiff,

v.

BAKER LANDSCAPE CORPORATION
& MARK BAKER,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon United States Magistrate Judge Peter R. Palermo's Report and Recommendation [DE 33]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint [DE 1] and the Report and Recommendation, as well as an *in camera* review of the Settlement Agreement, and is otherwise advised in the premises.

The Court agrees with Judge Palermo that the Settlement Agreement the parties reached regarding Plaintiff's FLSA claim is fair and reasonable in accordance with Lynn's Food Stores v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. United States Magistrate Judge Peter R. Palermo's Report and Recommendation [DE 33] is **ADOPTED**, and the parties' Settlement Agreement is **APPROVED**;

2. Pursuant the Settlement Agreement, all claims in the above-captioned action are **DISMISSED with prejudice**, with the Court reserving jurisdiction to enforce the terms of the Settlement Agreement;

3. Any pending motions are **DENIED as moot**, and the Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 16th day of December, 2010.

**JAMES I. COHN**
**United States District Judge**

Copies provided to:
Counsel of record via CM/ECF